FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 FEB 18  AM 11: 02

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ARTURO ANCAYAN
DANA ANCAYAN

    Plaintiff(s)

v.

Case No.3:11-cv-159-J-99MMH-JRK

BASS & ASSOCIATES, P.C.
    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Arturo Ancayan and Dana Ancayan ("Ancayans" or "Plaintiffs") sue BASS & ASSSOCIATES, P.C. ("Bass & Associates"), and state:

### I. INTRODUCTION

1.    This is an action for actual and statutory damages brought by Plaintiffs, individual consumers, against Defendant Bass & Associates for its violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* (hereinafter referred to as "FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et. seq.* (hereafter referred to as "FCCPA"), which, among other things, prohibit debt collectors from engaging in abusive, deceptive, and unfair debt collection practices.

### II. PARTIES

2.    Plaintiffs are natural persons residing at 3284 Hidden Lakes Drive, Jacksonville, Duval County, Florida 32216. At all times material, the Ancayans have resided in Jacksonville, Duval County, Florida. Plaintiffs are "consumers" as defined by 15 U.S.C. § 1692(a)(3).

3.    Bass & Associates is a Debt Collector as defined by the FDCPA and is registered

1

with the Florida Office of Financial Regulation as a debt collector. Its principal place of business is located at 3936 E. Fort Lowell Rd, Suite 200, Tuscon AZ 85712. Bass & Associates' principal business is the collection of third party debts.

4. Bass & Associates is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a (6).

### III. JURISDICTION AND VENUE

5. Jurisdiction of the Court arises under 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this district is proper in that the alleged violation took place in Jacksonville, Duval County, Florida.

### IV. FACTUAL ALLEGATIONS

6. On November 5, 2009 (the "Petition Date"), Plaintiffs filed a petition for relief under Title 11 Chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") in Case # 3:09-bk-09376-JAF. A Copy of the redacted § 341 Notice is attached as Exhibit 1.

7. The Ancayans filed their Bankruptcy Case in an effort to obtain, among other relief contemplated by the Bankruptcy Code, i) protection under 11 U.S.C. § 362 to prevent harassing debt collectors from contacting them in collection efforts; and ii) a financial "fresh start".

8. As required by the Bankruptcy Code, the Ancayans filed their schedules, lists and statements in their Bankruptcy Case. Included in the Schedule F of unsecured creditors was HSBC/Bstby, 1405 Foulk Road, Wilmington DE 193808 with a balance of $2,494.00. The

creditor and address were pulled from the latest credit report available just prior to filing the Bankruptcy Case. A copy of the relevant page from the Ancayans' Schedule F is attached as Exhibit 2.

9. On December 16, 2009, the U.S. Trustee convened and concluded the section 341 meeting of creditors ("Meeting of Creditors"). HSBC, Best Buy Co. Inc., ECast for HSBC, and Bass & Associates failed to appear at the Meeting of Creditors.

10. HSBC received notice of the Bankruptcy Case and the meeting of creditors. *See* Certificate of Notice, Doc. No. 20, page 5 of 5, attached as Exhibit 3.

11. Despite the automatic stay entered in the Bankruptcy Case and the provisions of the FDCPA and FCCPA, HSBC and/or ECast for HSBC Bank Nevada, NA referred and/or sold the account to Bass & Associates for collection after the commencement of the case.

12. On October 5, 2010, and again on February 4, 2011, Bass & Associates mailed a demand for payment to the Ancayans for collection of the HSBC Bank pre-petition debt which had been listed on Schedule F of the Ancayans' Bankruptcy Schedules. Copies of the demand for payment letters are attached as Exhibit 4.

13. Bass & Associates failed to use reasonable steps for collection of accounts prior to mailing the collection letter to the Ancayans. Such steps would include, at a minimum, a BANKO or AACER search for bankruptcy activity related to the account and/or Mr. and Mrs. Ancayan.

## V. CLAIMS FOR RELIEF
## COUNT I – FDCPA VIOLATIONS

14. The Ancayans reallege paragraphs (1) one through (13) thirteen above.

15. Bass & Associates violated the FDCPA. Bass & Associates' violations include, but are not limited to, the following:

   i) Bass & Associates contacted the Ancayans directly when Bass & Associates knew that the Ancayans all the while were represented by an attorney in connection with the debt and such attorney was readily accessible, thereby violating 15 U.S.C. § 1692c (a)(2).

   ii) Bass & Associates violated 15 U.S.C. § 1692e (2)(A) by falsely representing the character, amount, and legal status of the debt.

   iii) Debtor's confirmed Chapter 11 Plan provides for discharge of unsecured debts after pro rata payment of disposable income over five years. Given Debtor's projected disposable income of $50.00 per month, Debtor estimated pro rata payments of $0.49 per month on account of the HSBC/Best Buy debt for a total of $29.40 over the five year life of the Plan.

   iv) The collection letter sent to Plaintiffs misrepresented the character, amount, and legal status of the debt by stating the balance owed as $2,423.78, without clarifying the legal status of the debt as provided by the confirmed Chapter 11 Plan.

16. Bass & Associates violated the provisions of the FDCPA, and is liable to the Ancayans for actual damages, statutory damages, and reimbursement attorney's fees and costs associated with filing this action.

## COUNT II – FCCPA VIOLATIONS

17. The Ancayans reallege paragraphs one through thirteen (13) above.

18. Bass & Associates has violated the FCCPA. Bass & Associates' violations include, but are not limited to:

   i) Bass & Associates contacted the Ancayans directly when Bass & Associates knew the Ancayans all the while were represented by an attorney in connection with the debt and such attorney was readily accessible, thereby violating § 559.72(18) of the FCCPA.

   ii) Bass & Associates violated § 559.72(9) by attempting to receive immediate and full payment for a debt that was known to be provided for by and to be paid according to the Ancayans' confirmed Chapter 11 Plan.

19. Pursuant to Florida Statute, § 559.77, Bass & Associates is liable to the Ancayans for actual damages, statutory damages, and reimbursement attorneys' fees and costs associated with filing and prosecuting this action.

[Intentionally Left Blank]

WHEREFORE, the Ancayans respectfully pray for i) declaratory judgment in their favor finding Bass & Associates violated the above stated provisions of the FDCPA and the FCCPA; ii) judgment in favor of the Ancayans awarding actual and statutory damages; iii) an award equal to any and all attorney's fees and costs associated with bringing this action; and iv) any and all other relief that the Court deems necessary and just.

The Ancayans demand a jury trial on all issues so triable.

DATED this 18 day of February, 2011.

Law Offices of Mickler & Mickler

By: _____
Taylor J. King
Florida Bar No. 072049
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
(904) 725-0855 FAX
tjking@planlaw.com
*Lead Trial Counsel/Attorneys for the Plaintiff*

**EXHIBIT 1**

FORM B9E Alt. (Chapter 11 Individual or Joint Debtor Case) (12/07)     Case Number 3:09-bk-09376-PMG

| UNITED STATES BANKRUPTCY COURT<br>Middle District of Florida |
|---|
| **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines**<br>A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on November 5, 2009. |
| You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.<br>NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. |
| **See Reverse Side For Important Explanations** |

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Arturo Ortiz Ancayan<br>aka Arturo Ortiz Ancayan<br>3284 Hidden Lake Drive E.<br>Jacksonville, FL 32216 | Dana Ancayan<br>aka Dana Adale Ancayan<br>3284 Hidden Lake Drive E.<br>Jacksonville, FL 32216 |
| Case Number:<br>3:09-bk-09376-PMG | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-<br>xxx-xx- |
| Attorney for Debtor(s) (name and address):<br>Bryan K. Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211<br>Telephone number: 904-725-0822 | |

| **Meeting of Creditors**<br>Debtor(s) must present Photo ID and acceptable proof of Social Security Number at §§ 341 meeting.<br>You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse. |
|---|
| Date: December 16, 2009          Time: 03:00 PM<br>Location: FIRST FLOOR, 300 North Hogan St. Suite 1-200, Jacksonville, FL 32202 |

| **Deadlines:**<br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines: |
|---|
| **Deadline to File a Proof of Claim:**<br>For all creditors (except a governmental unit): March 16, 2010     For a governmental unit: **180 days from the date of filing**<br><br>**Creditor with a Foreign Address**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side. |
| **Deadline to File a Complaint to Determine Dischargeability of Certain Debts: February 16, 2010** |
| **Deadline to File a Complaint Objecting to Discharge of the Debtor:**<br>*First date set for hearing on confirmation of plan.*<br>Notice of that date will be sent at a later time. |
| **Deadline to Object to Exemptions:**<br>Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **Creditors May Not Take Certain Actions:**<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

| Address of the Bankruptcy Clerk's Office:<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202<br>Telephone number: 904-301-6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: November 5, 2009 |

# EXPLANATIONS

FORM B9E Alt (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§ 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

— Refer to Other Side for Important Deadlines and Notices —

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286. |

# EXHIBIT 2

B6F (Official Form 6F) (12/07) - Cont.

In re  Arturo Ortiz Ancayan,
       Dana Ancayan
                                                              Case No. __3:09-bk-09376__
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1236<br><br>Fia Csna<br>Po Box 17054<br>Wilmington, DE 19850 | | J | Opened 6/04/02  Last Active 4/03/04 | | | | 0.00 |
| Account No. 6018595207472131<br><br>Gemb/Gap<br>Po Box 981400<br>El Paso, TX 79998 | | W | Opened 11/26/06  Last Active 2/01/08 | | | | 858.00 |
| Account No. 169601-1250437438<br><br>Hsbc/Bstby<br>1405 Foulk Road<br>Wilmington, DE 19808 | | H | Opened 5/01/05  Last Active 1/01/08<br>BusinessCreditCard | | | | 2,494.00 |
| Account No. 591340663001<br><br>P H E A A/H C B<br>Student Loan Svc Ctr<br>Harrisburg, PA 17105 | | W | Opened 7/25/08  Last Active 6/01/08<br>Collection M   T Elt Cit Ed Ln | | | | 24,430.00 |
| Account No. 591340663002<br><br>P H E A A/H C B<br>Student Loan Svc Ctr<br>Harrisburg, PA 17105 | | W | Opened 7/25/08  Last Active 6/01/08<br>Collection M   T Elt Cit Ed Ln | | | | 10,054.00 |

Sheet no. _1_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    37,836.00

# EXHIBIT 3

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: Eisenm              Page 1 of 1             Date Rcvd: Nov 05, 2009
Case: 09-09376              Form ID: B9E2             Total Noticed: 26

The following entities were noticed by first class mail on Nov 07, 2009.
db/jdb      +Arturo Ortiz Ancayan,    Dana Ancayan,    3284 Hidden Lake Drive E.,    Jacksonville, FL 32216-6318
aty         +Bryan K. Mickler,    5452 Arlington Expressway,    Jacksonville, FL 32211-6860
17217375    +Aes/Cit Trust,    1200 N 7th St,    Harrisburg, PA 17102-1419
17217376    +Aurora Loan Services I,    10350 Park Meadows Dr St,    Littleton, CO 80124-6800
17217377    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17217378    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
17219267    +City of Jacksonville,    General Counsel,    117 West Duval Street, Suite 480,
              Jacksonville, FL 32202-3734
17217381    +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
17217384     P H E A A/H C B,    Student Loan Svc Ctr,    Harrisburg, PA 17105
17217385    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17219174    +Secretary of the Treasury,    15th & Pennsylvania Ave., NW,    Washington, DC 20220-0001
17217386    +Shayla P. Mobley,    3869 Hartwood Lane,    Jacksonville, FL 32216-1486
17217387    +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
17219205    +Tax Collector, Duval County,    231 E. Forsyth Street, #130,    Jacksonville, FL 32202-3380
17217388    +Tom Midgley (Wife's Father),    3284 Hidden Lake Drive E.,    Jacksonville, FL 32216-6318
17219173    +U.S. Securities & Exchange Commission,    Reorganization Branch, Atlanta,
              3475 Lenox Rd., NE, Ste. 1000,    Atlanta, GA 30326-3235
17219175    +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
17217389    +University Of Phoenix,    4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
17217390     Unknown,    Unknown,    Jacksonville, FL
17217391   ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
             (address filed with court: Vystar Credit Union,    Po Box 45085,    Jacksonville, FL 32232)

The following entities were noticed by electronic transmission on Nov 06, 2009.
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov
              United States Trustee - JAX, 11,    135 W Central Blvd, Suite 620,    Orlando, FL 32801-2440
17217378    +EDI: BANKAMER2.COM Nov 05 2009 19:33:00      Bank Of America,    Po Box 1598,
              Norfolk, VA 23501-1598
17217380    +EDI: DISCOVER.COM Nov 05 2009 19:33:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
17217381    +EDI: BANKAMER2.COM Nov 05 2009 19:33:00      Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
17219172     EDI: FLDEPREV.COM Nov 05 2009 19:34:00      Florida Dept. of Revenue,    Bankruptcy Unit,
              P.O. Box 6668,    Tallahassee, FL 32314-6668
17217382    +EDI: RMSC.COM Nov 05 2009 19:34:00      Gemb/Gap,    Po Box 981400,    El Paso, TX 79998-1400
17217383    +EDI: HFC.COM Nov 05 2009 19:33:00      Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
17219176     EDI: IRS.COM Nov 05 2009 19:34:00      Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA 19114
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17217379*    +Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2009          Signature:   *Joseph Speetjens*

**EXHIBIT 4**

LAW OFFICES
# Bass & Associates
A PROFESSIONAL CORPORATION

SUITE 200
3936 E Fort Lowell Rd
Tucson, Arizona 85712-1083

TELEPHONE
(520) 577-1544
(888) 283-4624
FACSIMILE
(520) 577-1546
OFFICE HOURS
M-F 8-5

10/05/10

ARTURO O ANCAYAN
3284 HIDDEN LAKE DR E

JACKSONVILLE          FL  32216-6318

---- Account Information ----

Client : ECAST FOB HSBC BANK NEVADA, NA
Dealer : Best Buy Co., Inc.
Account: 7021271250437438

Please make monthly payment by: 10/20/10

Balance as of 09/23/2010   $2423.78

* Please note your balance may not reflect recent
  payments that may be in transit.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

--------Please detach and return this portion with your payment---------

Change Of Address?                ARTURO O ANCAYAN
                                  3284 HIDDEN LAKE DR E
New: _____
     _____          JACKSONVILLE        FL 32216-6318
     _____
                                  Acct#: 7021271250437438
Phone: _____
                                  Please Include Account Number On Check
Balance as of 09/23/2010 $2423.78  Make Checks Payable To:
Amount Paid: _____


                                  BASS & ASSOCIATES, P.C.
                                  3936 E. FT LOWELL RD SUITE 200
Client #: ECS515                  TUCSON, AZ 85712


11/03/2010  9:07AM (GMT-05:00)

LAW OFFICES
# Bass & Associates
A PROFESSIONAL CORPORATION

SUITE 200
3936 E Fort Lowell Rd
Tucson, Arizona 85712-1083

TELEPHONE
(520) 577-1544
(888) 283-4824
FACSIMILE
(520) 577-1546
OFFICE HOURS
M-F 8-5

02/04/11

ARTURO O ANCAYAN
3284 HIDDEN LAKE DR E

JACKSONVILLE       FL   32216-6318

### Account Information

Client : ECAST FOB HSBC BANK NEVADA, NA
Dealer : Best Buy Co., Inc.
Account: 7021271250437438

Please make monthly payment by: 02/20/11

Balance as of 01/26/2011   $2423.78

\* Please note your balance may not reflect recent
  payments that may be in transit.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.

--------Please detach and return this portion with your payment--------

Change Of Address?

New: _____

Phone: _____

Balance as of 01/26/2011   $2423.78
Amount Paid: _____

Client #: ECS515

ARTURO O ANCAYAN
3284 HIDDEN LAKE DR E

JACKSONVILLE       FL   32216-6318

Acct#: 7021271250437438

Please Include Account Number On Check
Make Checks Payable To:

BASS & ASSOCIATES, P.C.
3936 E. FT LOWELL RD SUITE 200
TUCSON, AZ 85712

02/16/2011   11:34AM  (GMT-07:00)